NYCTL 1997-1 TRUST, Respondent, v GERARD T. GOONAN, Appellant, et al., Defendants.

Submitted June 12, 2006; decided July 6, 2006

Motion, insofar as it seeks leave to appeal from the March 2006 Appellate Division order, dismissed as untimely (*see* CPLR

5513 [b]); motion, insofar as it seeks leave to appeal from the April 2006 Appellate Division order denying appellant's motion for reargument, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution.